DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARREN E. CLEVELAND,**
Appellant,

v.

**ESKAYCEE, LLC,** and
**RECALL MEDIA GROUP HOLDINGS, LLC**
Appellees.

No. 4D2024-0229

[November 20, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Edward Artau, Carolyn R. Bell, Judges; L.T. Case No. 502016CA008524.

Darren Cleveland, Boynton Beach, pro se.

Paul D. Turner, Oliver Birman, and David Robbins of Perlman, Bajandas, Yevoli & Albright, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***